| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D. Brown_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): D Brown    C. Date of Delivery: 10/10/06 |
| 1. Article Addressed to:<br><br>SIMM ASSOCIATES, INC.<br>C/O CSC LAWYERS INC. SVC, INC.<br>150 S. PERRY ST.<br>MONTGOMERY, AL 36104<br><br>06-895 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0006 7248 7101 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540