IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ETHEL ELDER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 2:06-CV-895 |
| | ) | |
| vs. | ) | |
| | ) | |
| SIMM ASSOCIATES, INC., | ) | **JURY DEMAND** |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

In the above-styled case, the Plaintiff, Ethel Elder, by and through her undersigned attorney, submits this Notice of Dismissal, With Prejudice, as to Defendant, SIMM Associates, Inc.

Respectfully submitted,

BROCK & STOUT

_____
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon SIMM Associates, Inc., ℅ Charles Boarman, Esq., 200 Biddle Ave., Suite 200, Newark, Delaware 19702, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this the 10th day of NOV. 2006:

_____
David G. Poston